```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

PFIZER INC., a Delaware, :
Corporation, PFIZER IRELAND :
PHARMACEUTICALS, an Irish :
Partnership, and WARNER-LAMBERT :
COMPANY, LLC, a Delaware :
Limited Liability Company, :
                               :
      Plaintiffs, :
                               :
  v. : Civil Action No. 04-282-JJF
                               :
SWAPNA SARANATH, an Individual, :
and REMEDY MEDISOFT PVT LTD, a :
Company, d/b/a :
OFFSHOREPHARMA.COM :
                               :
      Defendants. :

## CLERK'S ENTRY OF DEFAULT

And now to wit this **13th** day of **September, 2005**, the Plaintiffs, Pfizer, Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company, LLC., filed an Entry of Default Pursuant To Rule 55(a) against Defendants, Swapna Saranath and Remedy Medisoft Pvt. Ltd. d/b/a Offshorepharma.com (D.I. 9).

It appearing from the Amended Proof of Service Of Process by Email and Affidavit of Ben Galvacky (D.I. 8), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(f)(3) and the above named Defendants have not answered or otherwise moved with respect to the Amended Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiffs and against Defendants, Swapna Saranath and Remedy Medisoft Pvt. Ltd. d/b/a Offshorepharma.com

                                                        Peter T. Dalleo, Clerk

                                       By _/s/ Deborah Krett_____
                                              Deputy Clerk