IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND :
PHARMACEUTICALS, WARNER-LAMBERT :
COMPANY LLC, :
 :
 Plaintiffs, :
 :
 v. : Civil Action No. 04-282-JJF
 :
SWAPNA SARANATH, REMEDY :
MEDISOFT PVT LTD., :
 :
 Defendants. :

### <u>O R D E R</u>

 WHEREAS, a Clerk's Entry Of Default was entered in this matter on September 13, 2005 against Defendants, Swapna Saranath, and Remedy Medisoft Pvt. Ltd.;

 WHEREAS, a motion for judgment has not been filed nor has there been any activity on the docket since the Clerk's Entry Of Default;

 NOW THEREFORE, IT IS HEREBY ORDERED that this case will be administratively closed on April 10, 2006, unless counsel submits a letter with the Court showing cause why this matter should not be closed.

March 24, 2006
  DATE           UNITED STATES DISTRICT JUDGE