IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY LLC, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-282-JJF |
| SWAPNA SARANATH, REMEDY MEDISOFT PVT LTD., | : : : |
| Defendants. | : |

### O R D E R

WHEREAS, a Clerk's Entry Of Default was entered in this matter on September 13, 2005 against Defendants, Swapna Saranath, and Remedy Medisoft Pvt. Ltd.;

WHEREAS, a motion for judgment has not been filed nor has there been any activity on the docket since the Clerk's Entry Of Default;

NOW THEREFORE, IT IS HEREBY ORDERED that this case will be administratively closed on April 10, 2006, unless counsel submits a letter with the Court showing cause why this matter should not be closed.

March ____, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE